IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROBERT FOWLER,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION FILE NO.** |
| : | **1:09-CV-1451-CC/AJB** |
| **v.** : | |
| : | |
| **CHASE HOME FINANCE, LLC.,** : | |
| : | |
| **Defendant.** : | |

### NOTICE TO *PRO SE* PLAINTIFFS

The above-styled case has been referred to the undersigned pursuant to N.D. R. Ga. 83.8 and Standing Order No. 08-01 (N.D. Ga. Jun. 12, 2008). According to the Clerk's docket, Plaintiff is proceeding *pro se* (without an attorney). While a person has the absolute right to self- representation, litigants are strongly encouraged to retain a lawyer who is knowledgeable both in the rules of evidence and procedure employed in this court and with the laws and rules surrounding the subject matter of the litigation. A party is generally not entitled to extra leeway or consideration just because the party is not represented by a lawyer.

Litigants, including Plaintiff, who proceed *pro se* before the undersigned magistrate judge are **ADVISED** that they must comply with the Federal Rules of Civil Procedure, as well as the Local Rules of this Court. Plaintiffs must familiarize

AO 72A
(Rev.8/82)

themselves with the rules, as well as the laws applicable to the case. To that end, *pro se* plaintiffs may obtain certain basic materials and hand-outs from the Office of the Clerk of Court located on the 22nd Floor of the United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. However, the Clerk and his deputies are not allowed to give legal advice. *Pro se* plaintiffs may also utilize the law library located on the 23rd floor at the same address, or visit the website of the Clerk, http://www.gand.uscourts.gov.

Among other requirements under the rules, plaintiffs are responsible for service of a Summons and Complaint upon **each** defendant named as a party in the complaint. Plaintiffs must have a Summons issued by the Clerk of Court for each defendant; must serve the Summons and a copy of the Complaint on each defendant within 120 days of the date of filing the Complaint; and must promptly file an affidavit of such service with the Clerk of Court. *See generally* Federal Rule of Civil Procedure, Rule 4. That rule also sets out generally what type of service of process is required, as service rules may differ depending on the type of defendant, i.e., individual, government agency, corporation, etc.

*Pro se* plaintiffs also are **REQUIRED** to provide the Clerk with an original and one copy of any further pleadings or other papers filed with the Court after the Complaint and are further **REQUIRED** to **SERVE** upon the defendant(s) or counsel

AO 72A
(Rev.8/82)

for the defendant(s)[1] by mail or by hand delivery under Rule 5 of the Federal Rules of Civil Procedure, a copy of every additional pleading or other paper described in Rule 5 of the Federal Rules of Civil Procedure.

Each pleading or paper described in Rule 5, including pleadings, papers related to discovery required to be served, motions, notices, and similar papers, shall include a certificate stating the date on which an accurate copy of that pleading or document was mailed or hand-delivered to the defendant(s) or their counsel.  This Court shall disregard any papers submitted which have not been properly filed with the Clerk, or which do not include a certificate of service.

Requests on procedural matters (for example, more time to file or respond to a pleading) or substantive issues (for example, to compel discovery or to not dismiss a case) must be filed with the Clerk in the form of a pleading, with a copy served upon the opposing party or lawyer.  **LETTERS SENT TO OR FAXED TO THE COURT ARE NOT PROPER PLEADINGS, AND WILL NOT BE CONSIDERED AS SUCH**. **IN FACT, THEY MAY BE IGNORED.**

---

[1] Once counsel for a defendant has appeared in the case, it is not necessary to serve the defendant individually; service on counsel is sufficient.

*Pro se* parties also are **ADVISED** that, under Local Rule 7, "PLEADINGS ALLOWED; FORM OF MOTIONS," if the deadline for a response to a motion passes without a response being filed, the motion is deemed unopposed. *See* Local Rule 7.1B. Furthermore, under Local Rule 56.1, relating to motions for summary judgment and responses thereto, the failure by a party opposing the motion for summary judgment to controvert each factual statement contained in the statement of material facts not in issue, filed by the party in favor of the motion, will be taken as an admission of those facts if the party opposing the motion does not specifically controvert those assertions as required by the local rules.

Plaintiffs are further **REQUIRED** to keep the Court advised of their current address and telephone number at all times during the pendency of the lawsuit. Failure to advise the Court, the Clerk of Court and opposing counsel/party, in writing, within 10 days of any change in address or telephone, may result in sanctions being imposed, including dismissal of the complaint, the striking of a pleading, or adverse judgment being entered.

**IT IS SO ORDERED**, this 8th day of June, 2009.

_____
**ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)