IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROBERT FOWLER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION FILE NO. ) 1:09-CV-1451-AJB |
| **CHASE HOME FINANCE, LLC,** | ) ) |
| **Defendant** | ) ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

William J. Holley, II and Jodi Emmert Zysek of the law firm Parker, Hudson, Rainer & Dobbs, LLP, hereby enter an appearance as counsel in the above styled action on behalf of Defendant Chase Home Finance, LLC, and request that copies of all pleadings, correspondence, and other papers in the above-styled action be served upon them as counsel for Defendant at the address shown below.

To date Chase Home Finance, LLC has not been served with copies of the complaint and summons in this matter. Defendant preserves all defenses, including but not limited to, lack of or insufficient service of process.

Respectfully submitted, this 1st day of July, 2009.

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: /s/ Jodi Emmert Zysek
William J. Holley, II
Georgia Bar No. 362310
wholley@phrd.com
Jodi Emmert Zysek
Georgia Bar No. 247407
jzysek@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia
(404) 523-5300
(404) 522-8409 (Fax)

*Attorneys for Defendant Chase Home Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** to the following Pro Se Plaintiff via U.S. Mail delivery, proper postage affixed:

>Robert Fowler
>3305 Bagley Passage
>Duluth, Georgia 30097

This 1st day of July, 2009.

>/s/ Jodi Emmert Zysek
>Jodi Emmert Zysek

1180880_1